8 A.3d 197

IN THE MATTER OF JEFFREY P. SQUITIERI,
AN ATTORNEY AT LAW.

November 22, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–134 and DRB 10–047, concluding that **JEFFREY P. SQUITIERI** of **ENGLEWOOD CLIFFS,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to communicate) in DRB 10–134, and *RPC* 1.15(b) (failure to promptly deliver funds to a third person) in DRB 10–047;

And the Disciplinary Review Board having further concluded that respondent should be required to: 1) provide proof of fitness to practice law, as attested by a mental health professional, 2) practice law under the supervision of a practicing attorney, and 3) continue with treatment for his alcohol addiction, until discharged;

And good cause appearing;

It is ORDERED that **JEFFREY P. SQUITIERI** is hereby censured; and it is further

ORDERED that **JEFFREY P. SQUITIERI** shall 1) provide to the Office of Attorney Ethics proof that he is fit to practice law, as attested by a mental health professional approved by the Office of Attorney Ethics, 2) practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics until further Order of the Court, and 3) continue with treatment for his alcohol addiction, until discharged; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.